# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 6:26-cr-10047-JWB**

**MARCUS S. CASTILLO,**

**Defendant.**

# SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841(a)(1)]**

On or about January 14, 2026, in the District of Kansas, the defendant,

**MARCUS S. CASTILLO,**

knowingly and intentionally distributed 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

## COUNT 2

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841(a)(1)]**

On or about January 22, 2026, in the District of Kansas, the defendant,

**MARCUS S. CASTILLO,**

knowingly and intentionally distributed 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

## COUNT 3

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841(a)(1)]**

On or about February 6, 2026, in the District of Kansas, the defendant,

**MARCUS S. CASTILLO,**

knowingly and intentionally distributed 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

## COUNT 4

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)(1)]**

On or about February 26, 2026, in the District of Kansas, the defendant,

**MARCUS S. CASTILLO,**

knowingly and intentionally possessed with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 5

**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME [18 U.S.C. § 924(c)(1)(A)]**

On or about February 26, 2026, in the District of Kansas, the defendant,

**MARCUS S. CASTILLO,**

knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance and distribution of a controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 6

**DISTRIBUTION OF METHAMPHETAMINE [21 U.S.C. § 841(a)(1)]**

On or about March 3, 2026, in the District of Kansas, the defendant,

**MARCUS S. CASTILLO,**

knowingly and intentionally distributed 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1 through 6 of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging

forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853,

2. Upon conviction of one or more of the offenses set forth in Counts 1 through 6 of this Second Superseding Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

a. a SCCY, model CPX-2, 9mm handgun, and
b. ammunition.

3. Upon conviction of one or more of the offenses set forth in Counts 1 through 5, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

a. a SCCY, model CPX-2, 9mm handgun, and
b. ammunition.

A TRUE BILL.

May 19, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: debra.barnett@usdoj.gov
Ks. S. Ct. No. 12729

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

### Counts 1 through 4, 6: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of at least five (5) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10,000,000.00 million. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $20,000,000.00 million. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

### Count 5: 18 U.S.C. § 924(c)(1)(A)

- Punishable by a term of imprisonment of not less than five (5) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life. 18 U.S.C. § 924(c)(1)(C)(i).
- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.