# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 26-cr-10047-01-JWB**

**MARCUS CASTILLO,**

**Defendant.**

**UNITED STATES' SUPPLEMENTAL DESIGNATION OF EXPERT (LANA GOODSON)**

The United States of America, by and through undersigned counsel, provides this supplemental designation of expert pursuant to the Court's Pretrial and Criminal Case Management Order (Doc. 15) and Federal Rule of Criminal Procedure 16(a)(1)(G). The government reserves the right to supplement this designation as circumstances require, and requests full disclosure of all information required pursuant to the Court's Pretrial and Criminal Case Management Order (Doc. 15) and Federal Rule of Criminal Procedure 16(b) from the defendant and his counsel.

As previously addressed, if this case proceeds to trial, without appropriate stipulations, the United States anticipates calling Lana Goodson to testify regarding her previously disclosed lab reports in Regional Forensic Science Center Laboratory Case Numbers 26-00482#1 and 24-

00483#1. Since these reports were provided to the defense in discovery, the United States sought the Second Superseding Indictment in which it added an allegation designated as Count 6. (Doc. 20.)

Ms. Goodson has authored and signed a report regarding her examination and testing of the controlled substance which supports the allegations in Count 6. The Laboratory Case Number is 26-00711#1. The underlying agency case number is 2026-00009966. This report was provided to defense counsel via email.

The new report was authored and signed by Ms. Goodson. In the report Ms. Goodson sets forth a description of the evidence she was asked to examine, a method for identifying the items (for example, a series of numbers, combination of a letter with sequential numbers, and/or a brief description of the packaging and contents presumably for identification purposes), which items she examined, her test methods or methodology, and the results (including weight and purity). The report was signed by Ms. Goodson and contains "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that Ms. Goodson is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

Fed.R.Crim.P. 16(a)(1)(G)(iii) additionally requires a list of all publications authored by Ms. Goodson in the previous 10 years and a list of all cases in which, during the previous four (4) years, Ms. Goodson has testified as an expert at trial or by deposition.

Ms. Goodson's CV (previously provided to defense counsel) describes publications she has authored or co-authored. However, the government advises that Ms. Goodson co-authored a publication titled "Seized Drug Reporting of NPS Helps to Guide Regional Toxicological Practice: A 17 Month Review between 2022-2023," in 2024 (within the last 10 years). Ms. Goodson's CV also describes two articles she co-authored from 2004 and 2006, respectively.

As for Ms. Goodson's previous expert testimony,[1] it is as follows:

| Date | Lab No. | Court | Prosecutor |
|---|---|---|---|
| 1/21/2022 | 21-01660 | State Court | Shauna Leslie |
| 2/22-2/23/2022 | 21-00481 | State Court | Sharon Barnett |
| 3/2/2022 | 19-00829 | Federal | Katie Andrusak |
| 3/22/2022 | 20-02066 | State Court | Josh Wright |
| 7/25/2022 | 21-00888 | State Court | Moriah Plowden |
| 9/9/2022 | 22-01763 | State Court | Jason Roach |
| 03-09-23 | 21-00194 | State Court | Shauna Leslie |
| 4-25-23 | 20-01788 | State Court | Mike Phillips |
| 11-8-23 | 20-00844 | State Court | Alice Osburn |
| 8-14-24 | 23-02261 | State Court | Robert Short |
| 9-11-24 | 21-01538 | State Court | Daniel Vigilius |
| 9-17-24 | 22-00494 | State Court | Mandee Schauf |
| 12-11-24 | 22-1054 | State Court | Stace Lane |
| 1-30-25 | 24-00456 | Park City | Joy Williams |
| 5-27-25 | 23-02261 | State Court | Dan Wells |
| 7-10-25 | 22-00878 | Federal | Molly Gordon/Lanny Welch |
| 12-15-25 | 22-02691 | State Court | Kristen Stinnett |

[1] Ms. Goodson prepares lab reports for multiple jurisdictions. The government will update this list if it becomes aware that Ms. Goodson has testified in additional courtroom settings prior to any trial in this case.

If called to testify, the government will ask Ms. Goodson to testify regarding the content of her CV and all reports including this newly produced report. This will include questions about Ms. Goodson's examination of various marked exhibits, how she examined the exhibits, how markings on the exhibits correspond to her method of identifying the items in her report, and the controlled substances, if any, found in each exhibit/item along with their weight and purity. Because multiple items were seized and tested, the government will mark and seek to admit a copy of her Drug ID Laboratory Report(s) to aid the jury in its review of the controlled substances involved.

RYAN A. KRIEGSHAUSER
United States Attorney

/s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
K.S.Ct.No. 12729
debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorney for the defendant, Mr. Mitch Biebighauser.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney